# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| LAZARO VELIZ, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:16-cv-152 |
| | * | |
| v. | * | |
| | * | |
| JOHN V. FLOURNOY, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 17, to which Petitioner Lazaro Veliz ("Veliz") filed Objections, dkt. no. 19. The Court **GRANTS** Veliz's Motion for Extension of Time, dkt. no. 18, and deems Veliz's Objections as timely filed. However, the Magistrate Judge properly analyzed Veliz's Petition and correctly concluded that Veliz cannot proceed pursuant to 28 U.S.C. § 2241.

Therefore, the Court **OVERRULES** Veliz's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Veliz's Petition brought pursuant to 28 U.S.C. § 2241 and DIRECTS the Clerk of Court to CLOSE this case and to enter the appropriate judgment

of dismissal. The Court **DENIES** Veliz *in forma pauperis* status on appeal.

**SO ORDERED**, this 26 day of October, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA